UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELANIE DONUS, individually and on behalf
of MICHAEL DONUS and DIMITRI DONUS,
DENISE STROPKAY, individually and on
behalf of DAYNA STROPKAY, and DIANE
COLLINS, individually and on behalf of
KATIE COLLINS,

           Plaintiff,

- against -

GARDEN CITY UNION FREE SCHOOL
DISTRICT and the BOARD OF EDUCATION
OF THE GARDEN CITY UNION FREE
SCHOOL DISTRICT,

           Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV-13-0479 (LDW)

      A Memorandum and Order of Honorable Leonard D. Wexler, United States District Judge, having been filed on December 12, 2013, granting Defendants' motion for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c), dismissing Plaintiffs' Amended Complaint in its entirety, and directing the Clerk of Court to terminate the motion and close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiffs take nothing of Defendants; that Defendants' motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) is granted; that Plaintiffs' Amended Complaint is dismissed in its entirety; and that this case is hereby closed.

Dated: Central Islip, New York
       December 20, 2013

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                           By:   /s/ Catherine Vukovich
                                Deputy Clerk