UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MELANIE DONUS, individually and on behalf of
MICHAEL DONUS and DIMITRI DONUS and
DENISE STROPKAY, individually and on behalf
of DAYNA STROPKAY, and DIANE COLLINS,
individually and on behalf of KATIE COLLINS,

                                         ORDER

             Plaintiffs,           CV 13-0479

    -against-                   (Wexler, J.)

GARDEN CITY UNION FREE SCHOOL
DISTRICT and the BOARD OF EDUCATION
OF THE GARDEN CITY UNION FREE
SCHOOL DISTRICT,

             Defendants.

-----------------------------------------------------------X

       On February 26, 2015, the Court granted the motion of Plaintiffs' former counsel, Steven

A. Morelli, to withdraw as attorney for Plaintiffs. During the court conference, Mr. Morelli

stated that he was not asserting a lien against Plaintiffs and that he would provide Plaintiffs with

their file forthwith.

       The Court then held a status conference on May 6, 2015, at which Plaintiffs' new

counsel, Howard A. Gilbert, appeared. Mr. Gilbert advised the Court that despite repeated

requests, Mr. Morelli has yet to provide Plaintiffs' new counsel with Plaintiffs' file.

       Mr. Morelli is hereby ordered to produce Plaintiffs' full and complete file within ten (10)

days of the date of this Order.

       Plaintiffs' current counsel is directed to serve a copy of this Order on Mr. Morelli upon

receipt.

**SO ORDERED:**

Dated: Central Islip, New York
      May 13, 2015

_____/s/_____
LEONARD D. WEXLER
United States District Judge
